# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 28, 2018

## NO. 03-18-00087-CR

**Briana Micole Gatson, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 264TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
DISMISSED ON APPELLANT'S MOTION—OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment of conviction rendered by the district court. Briana Micole Gatson has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Briana Micole Gatson to withdraw her notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.